## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

JASON CHRISTIANSEN,                                    Civil No. 11-3277 (RHK/SER)

             Plaintiff,                    **ORDER FOR DISMISSAL**

v.

VALENTINE & KEBARTAS, INC.,

             Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 4) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  April 11, 2012

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge